OFFICIAL BUSINESS
OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
STATE OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711
PENALTY FOR
PRIVATE USE

PREBORT
FIRST-CL...

PITNEY BOWES
ZIP 78701
02 1W
0001401623 JUN. 03. 2016
$ 000.26³

**6/1/2016**

**RODRIGUEZ, JASON WAYNE - Tr. Ct. No. W 416-82719-2014-HCWR-84,902-01**

On this day the Application for writ of habeas corpus has been dismissed without written order; (Ex Parte Ybarra, 149 S.W. 3D 147 (Tex. Crim. App. 2004)); Ex Parte Florence, 319 S.W. 3d 695 (Tex. Crim. App. 2010).

Abel Acosta, Clerk

JASON WAYNE RODRIGUEZ
DARRINGTON UNIT - TDC # 2007855
59 DARRINGTON ROAD
ROSHARON, TX 77583

Smith County Road 19
1313 County Road 19
Lamesa, TX 79331-1898

Can't forward to
RTS
Different Name